THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE F5, INC. DERIVATIVE LITIGATION | Lead Case No. 2:26-cv-00435-KKE |
| _____ | STIPULATION AND ORDER |
| This Document Relates To: | |
| ALL ACTIONS. | |

## STIPULATION TO STAY CONSOLIDATED DERIVATIVE CASE

Plaintiffs David Kelly and Natalie Grand ("Plaintiffs"), Defendants François Locoh-Donou, Alan J. Higginson, Michael L. Dreyer, Elizabeth J. Buse, Nikhil Mehta, Marianne N. Budnik, Michel Combes, Tami A. Erwin, Maya McReynolds, Julie Gonzalez, Michael Montoya, Edward Cooper Werner, Kunal Anand, and Thomas Dean Fountain, and Peter S. Klein (the "Individual Defendants"), and Nominal Defendant F5, Inc. ("F5" and together with the Individual Defendants, "Defendants," and together with Plaintiffs, the "Parties") by and through their undersigned counsel of record, jointly submit the following stipulation to stay ("Stipulation") the above-captioned consolidated shareholder derivative action (the "Consolidated Derivative Action"), as follows:

WHEREAS, on February 5, 2026, Plaintiff Kelly filed a stockholder derivative action in this Court on behalf of F5 against the Individual Defendants (other than Defendant Klein) alleging,

STIPULATION STAYING CONSOLIDATED DERIVATIVE CASE
CASE NO 2:26-CV-00435-KKE - 1

*inter alia*, claims of breach of fiduciary duty and unjust enrichment, captioned *Kelly v. Locoh-Donou, et al.*, Case No. 2:26-cv-00435 (W.D. Wash.) (the "*Kelly* Action");

WHEREAS, on February 6, 2026, Plaintiff Grand filed a stockholder derivative action in this Court on behalf of F5 against the Individual Defendants, alleging, *inter alia*, violations of federal securities laws, breaches of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and contribution arising from substantially similar facts and circumstances as those alleged in the *Kelly* Action, captioned *Grand v. Locoh-Donou, et al.*, Case No. 2:26-cv-00446 (W.D. Wash.) (the "*Grand* Action");

WHEREAS, on February 9, 2026, Plaintiffs filed notices of related cases designating the *Grand* Action and the *Kelly* Action related to one another (ECF No. 2; *Grand* Action, ECF No.2);

WHEREAS, on March 11, 2026, the Court consolidated the two derivative actions into the Consolidated Derivative Action and appointed The Weiser Law Firm, P.C. and The Brown Law Firm, P.C. as Co-Lead Counsel for Plaintiffs in the consolidated action (ECF No. 16);

WHEREAS, on December 19, 2025, a related putative securities class action captioned *Smith v. F5, Inc., et al.*, Case No. 2:25-cv-02619-KKE (W.D. Wash.) (the "Securities Class Action") was filed in the Western District of Washington, alleging violations of federal securities laws against F5 and Defendants Locoh-Donou, Cooper Werner, Anand, and Fountain based on similar facts and allegations as this Consolidated Derivative Action;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the Court appointed a lead plaintiff in the Securities Class Action on March 13, 2026 (Securities Class Action, ECF No. 31), and the Court set a briefing schedule on the filing of an amended complaint and Defendants' Motion to Dismiss, (Securities Class Action, ECF No. 33);

WHEREAS, the Parties agree that further developments in the Securities Class Action may help inform the Parties and Court on the manner in which the Consolidated Derivative Action should proceed;

STIPULATION STAYING CONSOLIDATED DERIVATIVE CASE
CASE NO 2:26-CV-00435-KKE - 2

WHEREAS, the Parties agree that the interests of efficient and effective case management and the conservation of judicial and litigant resources would be served by temporarily staying this Consolidated Derivative Action, subject to the terms and conditions set forth herein.

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, by their undersigned counsel, subject to approval of the Court, as follows:

1.    All proceedings and deadlines in the Consolidated Derivative Action, including any obligation to answer, move against, or otherwise respond to any complaints filed in the Consolidated Derivative Action, are hereby stayed until all motion(s) to dismiss in the Securities Class Action have been finally and fully resolved on the merits, including that any appeals have been concluded or the time for seeking appellate review has passed with no further action from the parties in the Securities Class Action.

2.    Any of the Parties, within ten (10) business days' notice to all other Parties via their undersigned counsel, may seek to lift the stay in the Consolidated Derivative Action.  Upon such notice, the Parties will work together in good faith to jointly propose a briefing schedule for a motion to lift the stay, a motion to dismiss, and/or any other appropriate action.

3.    Notwithstanding the agreed-upon stay of this Consolidated Derivative Action, Plaintiffs may amend the Complaint one time during the stay.  Defendants shall have no obligation to move, answer, plead, or otherwise respond to the Complaint or any amended complaint during the stay.

4.    No later than thirty (30) days following the lifting or termination of the stay pursuant to paragraph 1, the Parties shall meet and confer regarding whether the Stay should remain in effect, and shall submit a proposed scheduling order with the Court governing any further proceedings in the Consolidated Derivative Action.

5.    By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein.  Defendants preserve all rights, objections, arguments, and defenses, including but not limited to any defenses under Federal Rules of Civil Procedure 12(b) and 23.1, as well as

any and all other procedural or substantive challenges to the Consolidated Derivative Action or any other complaint.

Respectfully submitted,

Dated: May 8, 2026                    By:    /s/ *Anthony Todaro*
                                             DLA PIPER LLP (US)
                                             Anthony Todaro, WSBA No. 30391
                                             701 Fifth Avenue, Suite 6900
                                             Seattle, Washington 98104-7029
                                             Tel: (206) 839-4800
                                             E-mail: anthony.todaro@us.dlapiper.com

                                             LATHAM & WATKINS LLP
                                             Whitney B. Weber (*pro hac vice* forthcoming)
                                             505 Montgomery Street, Suite 2000
                                             San Francisco, CA 94111-6538
                                             Tel: +1.415.391.0600
                                             Fax: +1.415.395.8095
                                             E-Mail: whitney.weber@lw.com

                                             Michele D. Johnson (*pro hac vice* forthcoming)
                                             650 Town Center Drive, 20th Floor
                                             Costa Mesa, CA 92626-1925
                                             Tel: +1.714.540.1235
                                             Fax: +1.714.755.8290
                                             E-mail: michele.johnson@lw.com

                                             Colleen C. Smith (*pro hac vice* forthcoming)
                                             12670 High Bluff Drive
                                             San Diego, CA 92130
                                             Telephone: (858) 523-5400
                                             Email: colleen.smith@lw.com

                                             Brittany M.J. Record (*pro hac vice* forthcoming)
                                             555 Eleventh Street, NW, Suite 1000
                                             Washington, D.C. 20004
                                             Telephone: (202) 637-1083
                                             Email: brittany.record@lw.com

                                             *Attorneys for Defendants and Nominal Defendant*

STIPULATION STAYING CONSOLIDATED DERIVATIVE CASE
CASE NO 2:26-CV-00435-KKE - 4

Dated: May 8, 2026

/s/*James M. Ficaro*
**BADGLEY MULLINS TURNER PLLC**
Duncan C. Turner, WSBA No. 20597
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
Tel: (206) 621-6566
Email: dturner@badgleymullins.com

**THE WEISER LAW FIRM, P.C.**
James M. Ficaro
200 Barr Harbor Dr., Suite 400
West Conshohocken, PA 19428
Telephone: (610) 225-2677
Facsimile: (610) 408-8062
Email: jmf@weiserlawfirm.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown (*pro hac vice* forthcoming)
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiffs Kelly and Grand and*
*Co-Lead Counsel for Plaintiffs*

**ORDER**

The Court GRANTS the parties' stipulated motion to stay this consolidated derivative case.

Dkt. No. 17.

Dated: May 8, 2026.

Kymberly K. Evanson
United States District Judge

ORDER
CASE NO 2:26-CV-00435-KKE - 6